## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| CORIANA BENSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, HERTZ VEHICLES, LLC, DOLLAR RENT A CAR, INC., and THRIFY RENT-A-CAR SYSTEM LLC,<br><br>Defendants. | Case No.: 2:23-cv-992-JES-NPM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREDJUDICE**

Plaintiff, Coriana Benson, by and through her undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above action against Defendants The Hertz Corporation, Hertz Vehicles, LLC, Rent A Car, Inc. and Thrifty Rent-A-Car System LLC, without prejudice.

DATED: December 21, 2023.

Respectfully Submitted,

/s/ *Paul Doolittle*
Paul J. Doolittle (admitted *Pro Hac Vice*)
Blake G. Abbott (admitted *Pro Hac Vice*)
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Email: paul.doolittle@poulinwilley.com
blake.abbott@poulinwilley.com

-AND-

Jeff Ostrow (FL Bar No. 121452)
Jonathan Streisfeld (FL Bar No. 117447)
Kristen Lake Cardoso (FL Bar No. 4440)
**KOPELOWITZ OSTROW P.A.**
One W. Las Olas Boulevard, Ste. 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
Email: ostrow@kolawyers.com
      streisfeld@kolawyers.com
      cardoso@kolawyers.com