UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CORIANA BENSON, on behalf of herself and all others similarly situated,

    Plaintiff,

v.    Case No: 2:23-cv-992-JES-NPM

THE HERTZ CORPORATION, HERTZ VEHICLES, LLC, DOLLAR RENT A CAR, INC., and THRIFTY RENT-A-CAR SYSTEM LLC,

    Defendants.

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #26) filed on December 21, 2023. No answer or motion for summary judgment has been filed by any of the defendants.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of December 2023.

                                                  JOHN E. STEELE
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record